UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM McCASKILL, | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | Case No. 4:22-cv-00220-SRC |
| | ) | |
| MISSOURI DEPARTMENT OF | ) | |
| CORRECTIONS BOARD OF PROBATION | ) | |
| AND PAROLE, | ) | |
| | ) | |
| Defendant(s). | ) | |

## Memorandum and Order

In a prior order, the Court required McCaskill, no later than June 8, 2022, to either submit a completed motion to proceed in forma pauperis or pay the full filing fee. Doc. 7 at p. 2. The Court warned that if McCaskill failed to comply, it would dismiss his case. To date, McCaskill has neither filed a completed motion to proceed in forma pauperis nor paid the filing fee. Thus, the Court dismisses this case without prejudice, *see* Fed. R. Civ. P. 41(b); E.D. Mo. L.R. 2.01(B)(1), denies as moot McCaskill's [2] motion for appointment of counsel, and certifies that an appeal from this dismissal would not be taken in good faith. A separate order of dismissal accompanies this order.

So Ordered this 27th day of June 2022.

_____
STEPHEN R. CLARK
UNITED STATES DISTRICT JUDGE